**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sherry Smith-Woodring, | ) | No. CV-07-1342-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| John E. Potter, Post Mater General, USA, | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion for a More Definite Statement (Doc. 7) and Plaintiff Sherry Smith-Woodring's ("Plaintiff") Response thereto and Request to File a Second Amended Complaint (Doc. 8). In light of the fact that Plaintiff has lodged a Second Amended Complaint, the Court finds that Defendant's Motion for a More Definite Statement is Moot.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's request to File a Second Amended Complaint (Doc. 8).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Proposed Second Amended Complaint attached as Attachment 1 to Doc. 8.

1 **IT IS FURTHER ORDERED** that Defendant's Motion for a More Definite Statement (Doc. 7) is **DENIED** as **MOOT**, with leave to re-file, if necessary, based on the Second Amended Complaint.

DATED this 28th day of January, 2008.

Stephen M. McNamee
United States District Judge