**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sherry Smith-Woodring, | ) | No. CV-07-1342-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| John E. Potter, Post Mater General, USA, | ) | |
| Defendant. | ) | |

Having considered the parties' Joint Motion to Continue the Rule 16 Preliminary Pretrial Conference (Doc. 13), and good causing appearing,

**IT IS HEREBY ORDERED** that the Rule 16 Preliminary Pretrial Conference in this matter shall be continued from **May 20, 2008 to June 3, 2008, at 4:00 p.m.** The order entered on April 11, 2008 (Doc. 12) shall remain in effect in all other aspects.

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge