**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sherry Smith-Woodring, | ) | No. CV-07-1342-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| John E. Potter, Post Mater General, USA, | ) | |
| Defendant. | ) | |

     Pending before the Court is Defendant's Motion To Excuse Presence of Representative with Settlement Authority from Preliminary Pretrial Conference scheduled for June 3, 2008 at 4:00 p.m. (Doc. 15). For good cause shown,

     **IT IS HEREBY ORDERED GRANTING** Defendant's Motion To Excuse Presence of Representative with Settlement Authority from Preliminary Pretrial Conference.

     **IT IS FURTHER ORDERED** that the United States shall not be required to have a representative with binding settlement authority present at the Preliminary Pretrial Conference scheduled to take place on **June 3, 2008 at 4:00 p.m.**

     DATED this 2nd day of May, 2008.

*Stephen M. McNamee*
Stephen M. McNamee
United States District Judge