**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sherry Smith-Woodring, | ) | No. CV-07-1342-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| John E. Potter, Post Mater General, USA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Plaintiff's Motion for Leave to File a Third Amended Complaint. (Doc. 24.)  In light of the fact that Defendant has filed an Answer to the Lodged Third Amended Complaint, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's request to File a Third Amended Complaint. (Doc. 24.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Lodged Third Amended Complaint. (Doc. 25.)

DATED this 28th day of July, 2008.

Stephen M. McNamee
United States District Judge