**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SHERRY SMITH-WOODRING,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>    Defendant. | No. CV 07-1342-PHX-SMM<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 63) filed with this Court on November 2, 2009,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED VACATING** the status conference set for November 2, 2009 at 1:30 p.m.

DATED this 2nd day of November, 2009.

Stephen M. McNamee
United States District Judge